**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GISELA DE LA TORRE on behalf of**
**GISELLE M. COLON,**

        **Plaintiff,**

**-vs-**                                           **Case No. 6:07-cv-1193-Orl-22UAM**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

> **MOTION:**  **PLAINTIFF'S MOTION TO DISMISS THE COMPLAINT (Doc. No. 22)**
>
> **FILED:**  **December 11, 2007**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED.**

Plaintiff filed the instant motion requesting that her case be dismissed. Plaintiff's counsel did not find the case to have merit after a thorough review of the record. Accordingly, it is

**RECOMMENDED** that the Plaintiff's action against the Commissioner of Social Security be **DISMISSED**.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on January 3, 2008.

*Donald P. Dietrich*
             DONALD P. DIETRICH
             UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Honorable Ann C. Conway