# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GISELA DE LA TORRE on behalf of**
**GISELLE M. COLON,**

**Plaintiff,**

-vs-                                                                    **Case No.  6:07-cv-1193-Orl-22UAM**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

**Defendant.**
_____

## ORDER

This cause is before the Court on Plaintiff's Motion to Dismiss the Complaint (Doc. No. 22) filed on December 11, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.       The Report and Recommendation filed January 3, 2008 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.       Plaintiff's Motion to Dismiss the Complaint (Doc. No. 22) is **GRANTED**.

3.       The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 22, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge